NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re DAVID'S DOZER V-LOC SYSTEM INC., DAVID ARMAS,**
*Petitioners*

2024-135

On Petition for Writ of Mandamus to the United States District Court for the Southern District of Florida in No. 1:23-cv-24931-CMA, Judge Cecilia M. Altonaga.

**ON PETITION**

PER CURIAM.

**O R D E R**

David's Dozer V-Loc System Inc. and David Armas submit a petition for a writ of mandamus reversing the United States District Court for the Southern District of Florida order granting transfer of the action to the United States District Court for the Northern District of Iowa.

Upon consideration thereof,

IT IS ORDERED THAT:

Deere & Company, John Deere Construction & Forestry Company, Dobbs Equipment, LLC, and EFE, Inc. are

directed to respond to the petition no later than seven days from the date of entry of this order.  Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

June 27, 2024
Date

Jarrett B. Perlow
Clerk of Court