**Nos. 24-135**

# United States Court of Appeals for the Federal Circuit

IN RE DAVID'S DOZER V-LOC SYSTEM INC.,
DAVID ARMAS,

Petitioners,

On Petition For A Writ Of Mandamus To The United States District Court For The Southern District of Florida, No. 1:23-cv-24931-CMA, Judge Cecilia M. Altonaga

## JOINT MOTION FOR EXTENSION OF TIME

Under Federal Rule of Appellate Procedure 26, Petitioners and Respondents respectfully move to extend the briefing deadlines in this mandamus proceeding and, in support, respectfully state as follows:

1. This mandamus proceeding arises from a patent infringement lawsuit filed by Petitioners against Respondents in the United States District Court for the Southern District of Florida.

2. Respondents filed a motion to transfer venue to the Northern District of Iowa. On May 30, 2024, the district court entered an order granting Respondents' motion.

3. On June 26, 2024, Petitioners filed their mandamus petition seeking a writ directing the district court to vacate its transfer order.

4. The next day, June 27, 2024, this Court entered an order directing Respondents to respond to Petitioners' mandamus petition by July 4, and directing Petitioners to file any reply no later than three days after Respondents' response is served.

5. Respondents seek a seven-day extension of time, to and including July 11, 2024, to file its response to Petitioners' mandamus petition. Petitioners seek a seven-day extension, to and including July 21, 2024, to file its reply. The extension of time is needed due to the personal and professional obligations of the parties and their counsel, especially given the Fourth of July weekend. Several attorneys representing Respondent are currently in Japan on pre-existing business for another client. The extension will also ensure the parties can fully and adequately develop the issues presented in the petition.

6. The requested extension is not sought for the purpose of delay.

The parties therefore respectfully request that the Court grant this motion, extend the time for Respondents to file their response to and including July 11, 2024, and extend the time for Petitioners to file their reply to and including July 21, 2024.

June 28, 2024                                Respectfully submitted,

                                            */s/ Jason M. Wilcox*

                                            Jason M. Wilcox
                                            KIRKLAND & ELLIS LLP
                                            1301 Pennsylvania Avenue N.W.
                                            Washington, DC 20004
                                            (202) 389-5000

                                            *Counsel for Respondents*

                                            */s/ Richard Guerra*

                                            Richard Guerra
                                            The Brickell IP Group, PLLC
                                            1101 Brickell Avenue
                                            South Tower, Suite 800
                                            Miami, FL 33131
                                            (786) 405-2453

                                            *Counsel for Petitioners*

## CERTIFICATE OF INTEREST FOR RESPONDENTS

1.  **Represented Entities (Fed. Cir. R. 47.4(a)(1)):**
    Deere & Company; John Deere Construction and Forestry Company; Dobbs Equipment, LLC; EFE, Inc., d/b/a Everglades Equipment Group

2.  **Real Party in Interest (Fed. Cir. R. 47.4(a)(2)):**
    N/A

3.  **Parent Corporations and Stockholders (Fed. Cir. R. 47.4(a)(3)):** John Deere Construction and Forestry Company is a wholly owned subsidiary of Deere & Company, a publicly traded company. DJD Equipment Holdings, LLC is the parent company of Dobbs Equipment, LLC. No other publicly held corporation owns 10% or more of any represented entity's common stock.

4.  **Legal Representatives (Fed. Cir. R. 47.4(a)(4)):**

    Kirkland & Ellis LLP: Gregg LoCascio, Brandon Brown, Nathan Mammen (former), Yimeng Dou, Yungmoon Chang

    GrayRobinson, P.A.: Jorge Espinosa, Francesca Russo

5.  **Related Cases (Fed. Cir. R. 47.5(a)).** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)? No.

6.  **Organizational Victims and Bankruptcy Cases (Fed. R. App. P. 26.1(b)-(c)):** N/A

## CERTIFICATE OF INTEREST FOR PETITIONERS

**6.** **Represented Entities (Fed. Cir. R. 47.4(a)(1)):**
David's Dozer V-LOC Systems Inc.; David Armas

**7.** **Real Party in Interest (Fed. Cir. R. 47.4(a)(2)):**
N/A

**8.** **Parent Corporations and Stockholders (Fed. Cir. R. 47.4(a)(3)):** N/A

**9.** **Legal Representatives (Fed. Cir. R. 47.4(a)(4)):**

<u>The Brickell IP Group, PLLC</u>: Richard Guerra, Arthur Robert Weaver, Javier Sobrado, Rafael Perez Pineiro

**10.** **Related Cases (Fed. Cir. R. 47.5(a)).** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?  No.

**6.** **Organizational Victims and Bankruptcy Cases (Fed. R. App. P. 26.1(b)-(c)):** N/A

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume requirements of the Federal Rules of Appellate Procedure and the Rules of this Court. The motion contains 293 words.

*/s/ Jason M. Wilcox*